# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT BARNES )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>HOUSECRAFT, LLC, *et al.* )<br>)<br>    Defendants. ) | **Case No. 15-1143 (RMC)** |

## STIPULATION OF DISMISSAL

Plaintiff Scott Barnes and Defendants Housecraft LLC and Stas Wronka, through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice.

Date:  Nov. 6, 2015                                    Respectfully submitted,

*/s/ Gregg C. Greenberg*
Gregg C. Greenberg
Bar No. MD17291
Zipin, Amster & Greenberg, LLC
836 Bonifant Street
Silver Spring, MD 20910
(301) 587-9737
ggreenberg@zagfirm.com
*Counsel for Plaintiff*

*/s/ Michael G. Campbell*
Michael G. Campbell
DC Bar No. 977584
Miller, Miller & Canby
200B Monroe Street
Rockville, MD 20850
301-762-5212
mgcampbell@mmcanby.com
*Counsel for Defendants*